**R. A. JEANNERET, Plaintiff in Error, v. UNION PACIFIC RAILROAD CO.**

No. 7675.

Circuit Court of Appeals, Eighth Circuit.

Feb. 14, 1930.

E. R. Morrison, of Joplin, Mo., for plaintiff in error.

T. M. Lillard, of Topeka, Kan., and I, N. Watson and R. E. Watson, both of Kansas City, Mo., for defendant in error.

PER CURIAM.

Writ of error dismissed at costs of plaintiff in error, but without the taxation of attorney fee, per stipulation of parties.

**Lee KELLEY, Appellant, v. UNITED STATES of America et al., Appellees.**

No. 5552.

Circuit Court of Appeals, Fifth Circuit.

April 4, 1930.

Edgar Soule, of Houston, Tex., for appellant.

Roy C. Sewell, of Houston, Tex. (Morris, Sewell, Taylor & Morris and W. J. Knight, all of Houston, Tex., on the brief), for appellees.

Before BRYAN and FOSTER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM.

The decree in the above numbered and entitled cause is affirmed.

**Lillie KUHNHEIM, Adm'x, etc., Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Appellee.**

No. 5448.

Circuit Court of Appeals, Sixth Circuit.

April 7, 1930.

John Ruffalo, of Youngstown, Ohio, for appellant.

Squire, Sanders & Dempsey, Thos. M. Kirby, and Geo. H. P. Lacey, all of Cleveland, Ohio, for appellee.

Before DENISON and MACK, Circuit Judges, and RAYMOND, District Judge.

PER CURIAM.

When Kuhnheim fell, there had been no occasion for him to set the brake, but only to try it. Except in or after setting, defects in dog or ratchet could not have contributed to such a fall. Nor is it more than a possibility that a chain too long could have so contributed. Even disregarding the eyewitness' testimony, there can be only surmise that an inefficient brake caused the fall. In this respect, the case is ruled by our decision in Burnett v. Penna. Railroad Co. (C. C. A.) 33 F.(2d) 579.

Affirmed.

**LEHIGH & HUDSON RIVER RAILWAY COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 131.

Circuit Court of Appeals, Second Circuit.

March 10, 1930.

Before MANTON, L. HAND, and MACK, Circuit Judges.

PER CURIAM.

The Supreme Court has now decided the case of Lucas, Commissioner of Internal Revenue v. American Code Co., Inc., 50 S. Ct. 202, 74 L. Ed. ——, and reversed our ruling. In accordance with our opinion [36 F.(2d) 719], it is therefore necessary for us to modify so much of our decision as deducted the sum of $10,614.12.

As the result, the decision of the Board of Tax Appeals is affirmed in toto.